UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 20-9757-JGB (KS)                                                                                  Date: March 30, 2021

Title   *Daniel Harper v. California Department of Corrections and Rehabilitation et al*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On October 5, 2020, Plaintiff, a California state prisoner proceeding *pro se*, filed a civil rights complaint against the California Department of Corrections and Rehabilitation ("CDCR") and correctional officer Windfeld. (Dkt. No. 1.) Plaintiff also filed an inmate statement report (Dkt. No. 2), which the Court construed as a request to proceed *in forma pauperis* ("IFP"), *i.e.*, without prepayment of the filing fees. However, the Court denied Plaintiff's IFP request on the grounds that he made an inadequate showing of indigency, failed to authorize disbursements from his prison trust account, and failed to submit a signed certificate of an authorized officer. (Dkt. No. 4.) The Court granted Plaintiff until December 3, 2020 to correct these defects. (*Id.*)

On November 23, 2020, Plaintiff filed a second application to proceed *in forma pauperis*. (Dkt. No. 5.) The Court again denied his application, noting that Plaintiff had failed to authorize disbursements from his prison trust account to pay the filing fee and failed to submit a signed certificate of an authorized officer. (Dkt. No. 6.) The Court further explained that Plaintiff had completed the incorrect form (CV-60 instead of CV-60P) and directed the Clerk to send Plaintiff the proper form. (*Id.*) The Court granted Plaintiff 30 days, *i.e.*, until January 13, 2021, to correct the defects identified by the Court.

More than two months have passed since Plaintiff's corrected IFP application was due and no corrected IFP application has been received. Accordingly, the action is now subject to dismissal for failure to prosecute and failure to either pay the filing fee or obtain authorization to proceed *in forma pauperis*. Therefore, **IT IS HEREBY ORDERED that Plaintiff shall show cause no later than April 20, 2021 why the action should not be dismissed.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-9757-JGB (KS)                                              Date: March 30, 2021

Title   *Daniel Harper v. California Department of Corrections and Rehabilitation et al*

      To that end, the Clerk is directed to send Plaintiff a copy of the Central District's form Request to Proceed Without Prepayment of Filing Fees with Declaration in Support (CV-60P). To discharge this Order and proceed with his case, Plaintiff must either: (1) pay the $400 filing fee in full; or (2) file the completed forms, and the necessary documentation, with the Court on or before the April 20, 2021 deadline.

      **Plaintiff is expressly cautioned that failure to timely comply with this order and file a completed application on the correct form in which he (1) authorizes disbursements from his prison trust account to pay the filing fee and (2) submits all of the necessary documentation, including a signed certificate of an authorized officer, will result in a recommendation to dismiss the action because Plaintiff has received two prior opportunities to file a properly supported IFP application and failed to do so.**

      **IT IS SO ORDERED**.

                                                                                                        :

                                                              **Initials of Preparer**   gr