JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL HARPER, | ) | NO. CV 20-9757-JGB (KS) |
|     Plaintiff, | ) | |
|     v. | ) | |
| | ) | |
| CALIFORNIA DEPARTMENT OF | ) | ORDER AND JUDGMENT OF DISMISSAL |
| CORRECTIONS AND | ) | |
| REHABILITATION, et al, | ) | |
|     Defendants. | ) | |
| _____ | ) | |

    More than six months ago, on October 5, 2020, Plaintiff, a California state prisoner proceeding *pro se*, filed a civil rights complaint against the California Department of Corrections and Rehabilitation ("CDCR") and correctional officer Windfeld. (Dkt. No. 1.) Plaintiff also filed an inmate statement report (Dkt. No. 2), which the Court construed as a request to proceed *in forma pauperis* ("IFP"), *i.e.*, without prepayment of the filing fees. However, the Court denied Plaintiff's IFP request on the grounds that he made an inadequate showing of indigency, failed to authorize disbursements from his prison trust account, and failed to submit a signed certificate of an authorized officer. (Dkt. No. 4.) The Court granted Plaintiff until December 3, 2020 to correct these defects. (*Id.*)

On November 23, 2020, Plaintiff filed a second application to proceed *in forma pauperis*. (Dkt. No. 5.) The Court again denied his application, noting that Plaintiff had failed to authorize disbursements from his prison trust account to pay the filing fee and failed to submit a signed certificate of an authorized officer. (Dkt. No. 6.) The Court further explained that Plaintiff had completed the incorrect form (CV-60 instead of CV-60P) and directed the Clerk to send Plaintiff the proper form. (*Id.*) The Court granted Plaintiff 30 days, *i.e.*, until January 13, 2021, to correct the defects identified by the Court.

On March 30, 2021, after more than two months had passed since Plaintiff's deadline for filing a corrected IFP application and no corrected IFP application had been received, the Court ordered Plaintiff to show cause, no later than April 20, 2021, why the action should not be dismissed for failure to pay the filing fee or obtain authorization to proceed without prepayment of the fee. (Dkt. No. 7.)

More than three weeks have passed since Plaintiff's April 20, 2021 deadline for paying the filing fee or filing a request to proceed without prepayment of the fee. To date, Plaintiff has neither paid the filing fee, filed a corrected application to proceed *in forma pauperis*, or otherwise communicated with the Court about his case. In light of the foregoing, IT IS HEREBY ORDERED AND ADJUDGED that this action is DISMISSED.

DATED: May 28, 2021

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

Presented by:

KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE